CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Dwayne Alan Sollenberger*   QK7557
**Full Name of Plaintiff**   **Inmate Number**

*See page 6 Signature note

v.

Solicitor General of the United States
**Name of Defendant 1**

_____
**Name of Defendant 2**

_____
**Name of Defendant 3**

_____
**Name of Defendant 4**

_____
**Name of Defendant 5**
(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

(✓) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
HARRISBURG, PA

AUG 19 2024

PER ___MA___
DEPUTY CLERK

I. **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

✓   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___   Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

Sollenberger, Dwayne A  (see page 6 signature note)
Name (Last, First, MI)

QK7551
Inmate Number

SCI-Rockview
Place of Confinement

1 Rockview Place
Address

Bellefonte, PA  16823
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___  Pretrial detainee
___  Civilly committed detainee
___  Immigration detainee
✓    Convicted and sentenced state prisoner
___  Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Prelogar, Elizabeth
Name (Last, First)

The Solicitor General of the United States
Current Job Title

Room 5614, Department of Justice
Current Work Address

950 Pennsylvania Ave NW
City, County, State, Zip Code

Washington, DC  20530-0001

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

I am in the Hole, A Block, RHU I believe it is called, where inmates with a mental health diagnosis reside. It is Thursday, August 8, 2024 4:10 AM EST

B. On what date did the events giving rise to your claim(s) occur?

Thursday, August 8, 2024 at 4:10 AM EST

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

An oversight team called PRC will meet me today and it occurred to me now to dispose of my misconduct - a culmination of matters over my life (my birthday is 2/15/1975 - 49 years old) - to live presently in peace at SCI-Rockview and to honor those here who I, say, love - SCI-Rockview is my family - the corruption PRC fails to address, that Ms. Salamon Superintendent fails to address, that her superiors fail to address, the Bible at John, sorry Matthew 20:25, says "rulers [like PRC, Ms Salamon] lord it over [me] and their great ones [like you, the US Supreme Court, President Biden] exercise authority over them." I do not know the grievance I recently gave Ms Salamon, the misconduct here is F148729, experience indicates full disposition into a corrupt DOC headquarters is vain [please just take this case] John F. Kennedy said, "Ask not what your country can do for you, but what you can do for your country" which resembles Matthew 20:26 "whoever would be great among you must be your servant"

### IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

I need please court appointed counsel to delineate legal claims.

To me, I am so handcuffed, so reduced I do not have the ability to realize 1ST amendment redress of grievances.

My best hope, God help me, is you.

[5:10 AM] This court is proving corrupt - twice now. So I note my checkmarked page 1 'Demand for Jury Trial.'

### V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

I'm like the proverbial tree that falls in the woods, and since no one is around, it makes no sound. My injuries now stack 2-3 feet high of paperwork.

### VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I, say, want to be on the ticket for US President in the rapidly approaching November election. Very key is I will only accept nomination, election as king. No way, to good sense and my experience would I take on the fixing that needs done within present presidential constraints. I want a national platform to present my case. I want to see my case on News Nation scrutinized like now Trump's assassination attempt receives.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____ *
Signature of Plaintiff

Thursday, August 8, 2024 - 4:41 AM
Date
                    ⓑ 5:10 AM Note on page 5

* In such a role as King, I believe the best tactis to run as Bayden Rock. (Genesis 32:28, other places, Spartacus... I think "We the People" of the United States will agree that a name change is best.)

[Note: At 'breakfast tray delivery', I more persistently noted I had legal mail to go out. The CO said, "Now is not the time" something like that, and my attention was on the conversation, so he said, "Do you want your trays or not?" (threatening to keep our trays) so I said 'yes' and grabbed for the trays and the guard pinched my middle finger in the pie hole. It left a small ½ cm bruise that has already faded. I have asked probably 7 times, mostly verbally, once or twice for itty request slip - envelopes. This is, friends, my America. I am not a Hitler who wrote Mein Kampf in jail; I seek to redeem for God's Glory and yes Rev 3:21 reword - a far better America than such as this. ~ 7:20 AM]

[10:18 AM - A series of more requests from Correction Officers for an envelope stymied, I asked my cell mate for an envelope; he begrudgingly agreed.]

Smart Communications/PADOC
SCI-Rockview
Dwayne Sallenberger - QK1551
P.O. Box 33028
St. Petersburg, FL 33733

INMATE MAIL PA
PA DPT OF
CORRECTIONS

Sylvia H. Rambo Courthouse
1501 North 6th St., Ste 101
Harrisburg, PA 17102

RECEIVED
HARRISBURG, PA
AUG 19 2024
PER _____
DEPUTY CLERK